USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __1.27.2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, and APPRENTICESHIP,
JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND,
TRUSTEES OF THE NEW YORK CITY
CARPENTERS RELIEF AND CHARITY FUND,
THE CARPENTER CONTRACTOR ALLIANCE
OF METROPOLITAN NEW YORK, and the
NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS,

               Petitioners,

      –v–

STROIKA CORP.,

               Respondent.

20-cv-00016 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      On Friday, January 3, 2020, Petitioners filed a petition to confirm an arbitration award. Dkt. No. 1. Petitioners shall serve Respondent within two weeks of the date of this order and shall file proof of service within one week from the date of service.

      IT IS ORDERED that Respondent's opposition to the petition shall be due two weeks from the date of service. Petitioners' reply, if any, shall be due one week thereafter.

      IT IS FURTHER ORDERED that Petitioners serve a copy of this Order on Respondent and inform Respondent of Rule 1.H. of this Court's Individual Practices, which requires all attorneys representing parties before this Court to register promptly as filing users on ECF.

      SO ORDERED.

Dated: Jan __27__, 2020
          New York, New York

_____
ALISON J. NATHAN
United States District Judge