USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/23/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, and APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK, and the NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS,

20 CV 16 (AJN)

**JUDGMENT**

Petitioners,

-against-

STROIKA CORP.,

Respondent.

The Petitioners having filed a petition to confirm an arbitration award (the "Petition"), and the action having come before the Court and the Court having considered the same and ordered entry of judgment in favor of Petitioners, now therefore:

IT IS ORDERED AND ADJUDGED that the Petition is granted, the underlying arbitration award is confirmed, and judgment is entered in favor of the Petitioners and against Respondent as follows:

1. Awarding Petitioners $315,248.54 pursuant to the September 28, 2019 arbitration award (the "Award")

2. Awarding Petitioners $51,044.35 in interest, accrued from the date of the Award through the date of judgment at the annual rate of 7.5% pursuant to the Award;

3. Awarding Petitioners $577.50 in costs arising out of the proceeding;

4. Awarding Petitioners $70 in attorneys' fees arising out of the proceeding; and

5. Awarding Petitioners post-judgment interest at the statutory rate.
   as required by 28 U.S.C. § 1961.

-2-

Dated: New York, New York
~~_____, 2020~~
November 23, 2021

By: _____
    *Alison J. Nathan*
    U.S.D.J.